**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Douglas Salomon | CASE NUMBER: |
| PLAINTIFF(S) | 2:23-cv-04355-DSF-BFM |
| v. | |
| Atlas Lithium Corporation et al | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 6/16/2023 | 13 | Stipulation for Extension of Time to File Complaint |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: ___6/16/2023___                 By: _~Dale S. Fischer~_
                                               U.S. District Judge / U.S. Magistrate Judge

G-112B  (08/22)               ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT