# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS SALOMON, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ATLAS LITHIUM CORPORATION, MARC FOGASSA, GUSTAVO AGUIAR, and ARELI NOGUEIRA,

Defendants.

Case No.: 2:23-cv-04355-DSF-BFM

**ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND TIME**

Judge: Hon. Dale S. Fischer

**PURSUANT TO STIPULATION, IT IS SO ORDERED that**:

1.     Defendants shall not be required to answer or otherwise respond to the Complaint.

2.     Promptly after the Court has entered an order appointing lead plaintiff(s) pursuant to the PSLRA ("Lead Plaintiff Order"), lead plaintiff(s)'s counsel and counsel for defendants shall confer and agree upon a proposed schedule for: the filing of an amended complaint (or the designation of the Complaint as the operative complaint); the defendants' response to that pleading; and the schedule for briefing with respect to any motion filed by the defendants in lieu of an answer.

3.     No later than fourteen (14) days after entry of the Lead Plaintiff Order, the parties shall jointly submit a letter to the Court proposing the agreed-upon schedule for further proceedings discussed in accordance with the preceding paragraph.

**IT IS SO ORDERED.**

DATED:     June 21, 2023          By: _Dale S. Fischer_____

Hon. Dale S. Fischer
United States District Judge

1