# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Atlas Lithium Corporation
**Ticker:** ATLX
**Class Period:** March 25, 2022 to May 3, 2023
**Name:** Ahmad-Reza Javdani

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/27/2023 | 1,500 | $32.9000 | -$49,350.0000 | | $0.0000 | -$49,350.00 |
| 4/27/2023 | 111 | $32.0500 | -$3,557.5500 | | $0.0000 | -$3,557.55 |
| 5/1/2023 | 889 | $36.0000 | -$32,004.0000 | | $0.0000 | -$32,004.00 |
| 5/1/2023 | 291 | $37.1500 | -$10,810.6500 | | $0.0000 | -$10,810.65 |
| 5/1/2023 | 409 | $37.4500 | -$15,317.0500 | | $0.0000 | -$15,317.05 |
| 5/2/2023 | 250 | $40.5200 | -$10,130.0000 | | $0.0000 | -$10,130.00 |
| 5/3/2023 | -250 | | $0.0000 | $44.1300 | $11,032.5000 | $11,032.50 |
| 5/3/2023 | 500 | $38.0500 | -$19,025.0000 | | $0.0000 | -$19,025.00 |
| 5/3/2023 | 750 | $37.6800 | -$28,260.0000 | | $0.0000 | -$28,260.00 |
| 5/3/2023 | 1,000 | $37.0100 | -$37,010.0000 | | $0.0000 | -$37,010.00 |
| 5/3/2023 | 50 | $35.4825 | -$1,774.1250 | | $0.0000 | -$1,774.13 |
| 5/3/2023 | 250 | $35.0000 | -$8,750.0000 | | $0.0000 | -$8,750.00 |

**Shares Retained:** 5,750 | **Subtotal:** -$204,955.88

| 90-Day Average Price | Shares Retained | 90-Day Average: | $124,101.02 |
|---|---|---|---|
| $21.5828 | 5,750 | **Total:** | **-$80,854.85** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/27/2023 | 977 | $32.0500 | -$31,312.8500 | | $0.0000 | -$31,312.85 |
| 5/1/2023 | 223 | $35.6500 | -$7,949.9500 | | $0.0000 | -$7,949.95 |
| 5/1/2023 | 1,000 | $37.1000 | -$37,100.0000 | | $0.0000 | -$37,100.00 |
| 5/1/2023 | 550 | $37.1000 | -$20,405.0000 | | $0.0000 | -$20,405.00 |
| 5/3/2023 | 1,000 | $37.0500 | -$37,050.0000 | | $0.0000 | -$37,050.00 |
| 5/3/2023 | 150 | $37.0000 | -$5,550.0000 | | $0.0000 | -$5,550.00 |
| 5/3/2023 | 100 | $36.9900 | -$3,699.0000 | | $0.0000 | -$3,699.00 |

**Shares Retained:** 4,000 | **Subtotal:** -$143,066.80

| 90-Day Average Price | Shares Retained | 90-Day Average: | $86,331.15 |
|---|---|---|---|
| $21.5828 | 4,000 | **Total:** | **-$56,735.65** |

| Total: | -$137,590.50 |
|---|---|

Notes

The 90-Day Average Price used in this loss chart is the average closing price between May 4, 2023 and August 1, 2023.