# EXHIBIT A

**Atlas Lithium Corporation (ATLX)**
**Class Period: March 25, 2022 to May 3, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $21.5212 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edward Siou | 5/3/2023 | 1,500 | $41.5000 | ($62,250) | 5/4/2023 | (1,500) | $20.6500 | $30,975 | 1,500 | 0 | $0 | ($31,275) |

*Avg Closing Prices from May 4, 2023 to July 31, 2023