UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04355-DSF-BFMx | Date | 9/11/2023 |
|---|---|---|---|
| Title | Douglas Salomon v. Atlas Lithium Corporation et al | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Holidae Crawford | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Adam Marc Apton<br>Charles Henry Linehan | NONE PRESENT |

**Proceedings:**   MOTION HEARING (Non-Evidentiary – Held and Completed)

The matter is called and counsel state their appearances.  The Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.  Oral arguments by counsel are heard.  The Court appoints Ahmad-Reza Javdani Lead Plaintiff.  Further written orders will issue.