# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE | Case No. 2:23-cv-04355-DSF-BFM(x) |
|---|---|
| ATLAS LITHIUM CORPORATION SECURITIES LITIGATION | **ORDER GRANTING PARTIES' STIPULATION SETTING A SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT AND RESPONSIVE BRIEFING** |

Having considered the Parties' Stipulation Setting a Schedule for the Filing of an Amended Complaint and Responsive Briefing (the "Stipulation"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation is APPROVED.

2.      Lead Plaintiff shall file an amended complaint no later than November 27, 2023.

3.      Defendants shall file an answer to the amended complaint or a motion to dismiss the amended complaint no later than January 26, 2024.

4.      If Defendants file a motion to dismiss, Lead Plaintiff shall file an opposition to the motion to dismiss no later than March 11, 2024; and Defendants shall file a reply to the opposition no later than April 25, 2024.

**SO ORDERED.**

Dated: October 5, 2023

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1