1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 IN RE<br><br>11 ATLAS LITHIUM CORPORATION<br>   SECURITIES LITIGATION<br>12<br>13 | Case No. 2:23-cv-04355-DSF-BFM(x)<br><br>**ORDER GRANTING PARTIES'**<br>**AMENDED STIPULATION OF**<br>**VOLUNTARY DISMISSAL**<br>**PURSUANT TO FED. R. CIV. P.**<br>**41(a)(1)(A)(ii)** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Based on the Amended Joint Stipulation of Voluntary Dismissal submitted by
2 | the Parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed
3 | without prejudice. Each party shall bear its own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 10, 2024

*/s/ Dale S. Fischer*
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE